DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

WOLFGANG MICHAEL TODT,

Appellant,

v.

ENIUM CAPITAL GROUP, LLC f/k/a ELEMENTS CAPITAL
GROUP, LLC, a Utah limited liability company,

Appellee.

No. 2D2025-0460

————————————————

January 2, 2026

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll,
Judge.

Mark J. Joseph of Joseph Law, PLLC, Fort Myers, for Appellant.

Daniel K. Taylor of Sivyer, Barlow, Watson & Haughey, P.A., Tampa, for
Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.